862

No. 301, Misc.   GIBBS v. GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.

No. 302, Misc.   BAILLEAUX ET AL. v. HATFIELD, GOVERNOR OF OREGON, ET AL.   C. A. 9th Cir.   Certiorari denied. *Rowland Watts* for petitioners. *Robert Y. Thornton,* Attorney General of Oregon, and *Peter S. Herman,* Assistant Attorney General, for respondents.

No. 303, Misc.   WORTH v. MICHIGAN.   C. A. 6th Cir. Certiorari denied.

No. 304, Misc.   GLASS v. TINSLEY, WARDEN.   Supreme Court of Colorado.   Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 306, Misc.   MATLOCK v. DICKSON, WARDEN. Supreme Court of California.   Certiorari denied.

No. 308, Misc.   STRASBURG v. NEW YORK.   Court of Appeals of New York.   Certiorari denied. *Frances Kahn* for petitioner. *Edward J. Silver* and *William I. Siegel* for respondent.

No. 309, Misc.   McLAUGHLIN v. VIRGINIA.   Supreme Court of Appeals of Virginia.   Certiorari denied.

No. 310, Misc.   ENGLISH v. WILKINS, WARDEN.   Court of Appeals of New York.   Certiorari denied.

No. 315, Misc.   SWINGLE v. PENNSYLVANIA.   Supreme Court of Pennsylvania.   Certiorari denied. *Lawrence Goldberg* and *A. Harry Levitan* for petitioner.